IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America, ) | Case No. 1:14CR427 |
| ) | |
| Plaintiff, ) | ORDER OF REFERRAL TO |
| ) | MAGISTRATE JUDGE FOR |
| -v- ) | PURPOSES OF RECEIVING |
| ) | DEFENDANT'S PLEA OF GUILTY |
| Paul R. Tomko, ) | |
| Defendant(s). ) | |
| ) | |

Pursuant to General Order 99-49, this case is referred to a United States Magistrate Judge for purposes of receiving, on consent of the parties, the defendants' offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED:  May 13, 2015